Submitted on record and briefs May 27, reversed and remanded for new trial
June 15, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL A. STOKES,
*Appellant.*

(C87-02-31073; CA A45638)

756 P2d 56

Gary D. Babcock, Public Defender, Salem, argued the cause for appellant. With him on the brief was Lawrence J. Hall, Deputy Public Defender, Salem.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Stephanie Smythe, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving while suspended, contending that he was tried by the court without a jury without his having signed and filed a written waiver of his right to a jury trial. The state properly concedes error. *State v. Milstead,* 57 Or App 658, 656 P2d 63, *rev den* 293 Or 483 (1982).

Reversed and remanded for a new trial.